Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Heather E. Paradis, Esq. (SBN 276650)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:      mdean@deangazzo.com
                  hparadis@deangazzo.com

Attorneys for Defendants
City of Barstow and Chief of Barstow Police
Andrew Espinoza, Jr.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BECERRA, AN INDIVIDUAL AND AS SUCCESSOR IN INTEREST TO LANCE POWELL, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BARSTOW, CHIEF OF BARSTOW POLICE ANDREW ESPINOZA, JR., and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 5:22-cv-00731-MWF(RAOx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Courtroom:  :    5A<br>Judge:            Michael W. Fitzgerald<br>Magistrate:    Rozella A. Oliver<br><br>Complaint Filed: April 27, 2022<br>Trial Date: None set |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:**

The Stipulation to Dismiss Case With Prejudice submitted by the parties is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE** in its entirety.  All parties to bear their own fees and costs.

Dated:  July 26, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1

Case No. 5:22-cv-00-731-MWF-RAO